UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

PATRICK E. & LISA A. NIEMAN  B-05-13596-K

Debtors

---

   IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Shop at Home, Inc., P.O. Box 305249, Nashville, TN 37230

   AND IT

   FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

   Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $51.65 representing unclaimed funds belonging to the above-named creditor.

Dated: July 14, 2011

          ALBERT J. MOGAVERO
          CHAPTER 13 TRUSTEE



FILED JUL 14 2011 BANKRUPTCY COURT BUFFALO, N.Y.